# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151555

SARON E. MARQUARDT, Personal
Representative for the Estate of
SANDRA MARQUARDT,
        Plaintiff-Appellant,

v

        SC: 151555
        COA: 319615
        Washtenaw CC: 12-000621-NH

VELLAIAH DURAI UMASHANKAR, MD,
        Defendant-Appellee,

and

JONATHAN HAFT,
        Defendant.
_____/

On order of the Court, the application for leave to appeal the March 26, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Haksluoto v Mt. Clemens Regional Medical Center* (Docket No. 153723) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



a1116

Clerk